UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: CV - 01-2133 MJD/JGL

| | |
|---|---|
| Rebecca Remely,<br><br>Plaintiff,<br><br>-vs-<br><br>Credit Protection Association, L.P.,<br>J. W. Preston and R. J. Simpson,<br><br>Defendants. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41, Subd. (a)(1) of the Fed. R. Civ. P., Plaintiff Rebecca Remely, through her undersigned attorneys, hereby dismisses, without prejudice, any and all claims against Defendants Credit Protection Association, L.P., J.W. Preston and R.J. Simpson, in the above-entitled matter.

Dated this 11th day of December, 2001.

**THE BARRY LAW OFFICE, LTD.**

BY: ______________________
Peter F. Barry
Attorney I.D. #: 0266577
342 East County Road D
St. Paul, Minnesota 55117
Telephone: (651) 714-8800

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney I.D. #: 249646
342 East County Road D
St. Paul, Minnesota 55117
Telephone: (651) 770-9707

**Attorneys for Plaintiff**



DEC 19 2001
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Based on the above Notice for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendants, shall be, and herewith is, dismissed without prejudice.

Dated: 12-19-01

Judge
United States District Court